JOHN KROSSNER and Another, Respondents, v. LANCELOT M. BERKELEY, Appellant.   BOND AND MORTGAGE GUARANTEE COMPANY, Defendant.— Motion

* See 221 App. Div. 761; 222 id. 758.— [REP.

to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.